UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTINE MASON a/k/a CHRISTINE GOSY,

    Defendant.

Case No.: 2:13-cv-00170-APG-VCF

### DEFAULT JUDGMENT AGAINST DEFENDANT CHRISTINE MASON

This cause coming on to be heard on the Plaintiff's Motion for Default Judgment, the Court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Default judgment is hereby entered in favor of the United States and against the Defendant Christine Mason a/k/a Christine Gosy; and

2. Damages are awarded to the Plaintiff as follows:

    a. Treble damages in the amount of $285,992.91; and

    b. __5__ civil penalties each in the amount of $ __10,000.00__ for a total of $ __50,000.00__ in civil penalties.

_____
UNITED STATES DISTRICT JUDGE
DATED: __July 25, 2013__