1

2

3          **UNITED STATES DISTRICT COURT**

4          **DISTRICT OF NEVADA**

5   UNITED STATES OF AMERICA,                    )
                                                 )
6               Plaintiff,                       )
                                                 )   Case No.: 2:13-cv-00170-APG-VCF
7          v.                                    )
                                                 )
8   CHRISTINE MASON a/k/a CHRISTINE              )
    GOSY,                                        )
9                                                )
                Defendant.                       )
10

11      **DEFAULT JUDGMENT AGAINST DEFENDANT CHRISTINE MASON**

12         This cause coming on to be heard on the Plaintiff's Motion for Default Judgment, the Court

13  being fully advised in the premises,

14         IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

15         1.      Default judgment is hereby entered in favor of the United States and against the

16  Defendant Christine Mason a/k/a Christine Gosy; and

17         2.      Damages are awarded to the Plaintiff as follows:

18              a. Treble damages in the amount of $285,992.91; and

19              b. _____*5*_____ civil penalties each in the amount of $ *10,000.00* for a total of

20              $ *50,000.00* in civil penalties.

21

22

23                                          _____
                                            UNITED STATES DISTRICT JUDGE

24                                          DATED: _*July 25, 2013*_

25

26